UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KENNITH WADE ANTHONY** | **CIVIL ACTION NO. 19-0374** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **ISAAC BROWN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kennith Wade Anthony's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's "Motion for Appointment of Counsel," [doc. # 3], is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 10th day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE